IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           Case No. 2:22-CR-194

                                JUDGE EDMUND A. SARGUS, JR.

BERNHARD JAKITS,

    Defendant.

## ORDER

This matter arises on Defendant Bernhard Jakits' Motion to Revoke Detention Order (the "Motion") (ECF No. 37), to which Plaintiff United States of America has responded (ECF No. 39). Mr. Jakits specifically seeks to revoke the Order of Detention Pending Trial entered on October 21, 2022 by the Magistrate Judge (ECF No. 27) and to release him on a recognizance bond or, in the alternative, a surety bond of no more than $100,000, along with the other conditions as recommended in the Pretrial Services Report (ECF No. 20).

On January 1, 2023, this Court held a hearing on Mr. Jakits' Motion. For the reasons discussed at the hearing, the Motion is **DENIED**. (ECF No. 37.)

    IT IS SO ORDERED.

**1/5/2023**                                               s/Edmund A. Sargus, Jr.
**DATE**                                                  EDMUND A. SARGUS, JR.
                                                                UNITED STATES DISTRICT JUDGE